UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MORGAN CLEO LOVELL,

        Plaintiff,

  v.

TIMOTHY THRASHER, et al.,

        Defendants.

Case No. 3:20-cv-06061-RAJ-TLF

~~PROPOSED~~ ORDER DISMISSING PLAINITFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is dismissed without prejudice; and

(3) If plaintiff appeals, plaintiff's in forma pauperis status will not continue on appeal.

Dated this 12th day of January, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge